FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIGARD INSURANCE COMPANY, as subrogee of Carr Farms, LLC,, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>WATTS WATER QUALITY AND CONDITIONING PRODUCTS, INC., a Delaware corporation; WATTS REGULATOR CO., a Massachusetts corporation, <br><br>　　　　Defendants. | NO. 4:17-cv-05188-SAB <br><br><br>**ORDER OF DISMISSAL** |

　　　　Before the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 15. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court accepts the stipulation and enters it into the record.

//

//

//

//

**ORDER OF DISMISSAL** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, ECF No. 15, is **ACCEPTED** and **ENTERED** into the record.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 26th day of April 2018.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** + 2